UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TERRY S. WITT-GREEN,

        Plaintiff,

vs.                                            Case No.  3:09-cv-842-J-32MCR

BELK, INC.,

        Defendant.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Defendant's Motion to Seal Confidential Business Records (Doc. 30) filed July 27, 2010.  On August 10, 2010, Plaintiff filed her response in opposition to Defendant's Motion (Doc. 35).  Accordingly, this matter is now ripe for judicial determination.

Defendant seeks to file the following documents under seal: (1) "Divisional Merchandise Coordinators - Placements" (McGuire Dep. Ex. 4, Bates No. 00854); (2) "Divisional Merchandise Coordinators - Placements" (McGuire Dep. Ex. 5, Bates No. 00855); (3) "Divisional Merchandise Coordinators - Placements" (McGuire Dep. Ex. 6, Bates No. 00907); (4) "Divisional Merchandise Coordinators - Placements" (McGuire Dep. Ex. 7, Bates No. 00905); (5) "Divisional Merchandise Coordinators - Placements" (McGuire Dep. Ex. 8, Bates No. 00906); (6) "Current DMCs chart" (McGuire Dep. Ex.10 and Wooden Dep. Ex. 2, Bates Nos. 001068-001081); and (7) "Confidential e-mail

correspondence from and to Cathy McGuire" (McGuire Dep. Ex. 11, Bates Nos. 001082-1083).

Local Rule 1.09 of the Local Rules for the Middle District of Florida permits a paper to be filed under seal if the moving party provides:

> (i) an identification and description of each item proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal.

The Court has reviewed the documents submitted by the parties and is satisfied that Defendant has met each of these requirements. See Brown v. Advantage Engineering, Inc., 960 F.2d 1013, 1016 (11th Cir. 1992) (citing Wilson v. American Motors Corp., 759 F.2d 1568, 1571 (11th Cir. 1985)).  Additionally, the Court finds there is a compelling interest in protecting the information and the sealing of these documents is narrowly tailored to that interest. Id.  Therefore, the Court will permit the sealing of the aforementioned documents.

Accordingly, after due consideration, it is

**ORDERED**:

Defendant's Motion to Seal Confidential Business Records (Doc. 30) is **GRANTED**.  Defendant is directed to provide the aforementioned documents along with a copy of this Order to the Clerk, who shall file them under seal until further Order of the Court.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  11th  day of August, 2010.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party